UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANJALI WARD, | Case No. 21-cv-00530-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: SERVICE OF COMPLAINT** |
| RENEE PALMER, et al., | |
| Defendants. | |

Plaintiff Anjali Ward's motion to proceed in forma pauperis was previously granted, and her complaint was found to comply with 28 U.S.C. § 1915. ECF No. 9. Accordingly, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal or the Clerk's Office for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders and other documents specified by the Clerk, Plaintiff's affidavit, and this order upon Defendants.

IT IS FURTHER ORDERED that while this case is pending, Plaintiff must promptly inform the Court of any change(s) of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: January 3, 2022



JON S. TIGAR
United States District Judge