United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANJALI WARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUDITH LAWRENCE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-03595-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: ECF No. 2 |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:21-cv-00530-JST.

**IT IS SO ORDERED.**

Dated: June 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER ─ No. 22-cv-03595-LB